**Note Change by Court**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ANCIOLA, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>THE PICTSWEET COMPANY, a Delaware corporation,<br><br>*Defendants.* | Case No. 2:23-cv-01754-JFW (Ex)<br><br>**ORDER RE: ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS AND DISMISSAL OF CLASS CLAIMS PURSUANT TO FRCP RULES 23(e) AND 41(a)(2)**<br><br>Complaint Filed:   December 29, 2022<br>Answer Filed:       March 08, 2023<br>Trial Date:              June 24, 2024 |

## ORDER

Good cause having been shown therefor, based on the parties' Stipulation re Arbitration of Plaintiff's Individual Claims and Dismissal of Class Claims (the "Stipulation"), and pursuant to Fed. R. Civ. P. 23(e) and 41(a)(2), it is HEREBY ORDERED:

1. Plaintiff Jesse Anciola ("Plaintiff") and Defendant The Pictsweet Company ("Pictsweet") shall arbitrate Plaintiff's individual claims against Pictsweet asserted in the Complaint pursuant to the terms of the Mutual Agreement Regarding Arbitration and Class Claims attached as Exhibit 1 to the Stipulation.

2. The statute(s) of limitations in the arbitration for any and all of Plaintiff's claims asserted in the Class Action shall relate back to the filing date of the original Complaint in the Class Action (that is, December 29, 2022).

3. All class claims contained in the Complaint and all requests for relief on behalf of the putative class, including but not limited to certification of any class, are hereby dismissed without prejudice.

4. There is no prevailing party for purposes related to this dismissal, no party shall be entitled to recover attorneys' fees and/or costs based on this dismissal, and each party will bear its own attorneys' fees and/or costs incurred in connection with the stipulation for dismissal and this dismissal.

5. No notice of this order to the putative class is required because arbitration of Plaintiff's individual claims will not bind, and dismissal without prejudice of the class claims will not adversely affect the rights of, the putative class.

The Clerk shall administratively close this case.

Dated: April 25, 2023

_____
Hon. John F. Walter
United States District Court Judge